| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Lee M. Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, New Jersey 08003<br>856-751-4224<br><br>IN RE:<br><br>JACK & NORA HARTLEY<br><br>Debtor(s) | Case No. 18-30060 JNP<br><br>Hearing Date:<br><br>Judge: JNP<br><br>Chapter: 7 |

**Order Filed on January 25, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

## CONSENT ORDER ENLARGING TIME TO FILE REAFFIRMATION AGREEMENT

The relief set forth on the following page numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 25, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:                        Jack & Nora Hartley
Debtors' Counsel:              Lee M. Perlman
Creditor:                      Ford Motor Credit Company, LLC
Creditor's Counsel:            John R. Morton, Jr.

Relief sought:

Debtors filed their Chapter 7 Bankruptcy on October 9, 2018.

The 341 Meeting was scheduled for November 15, 2018.

Debtors executed a Reaffirmation Agreement to reaffirm their debtor with Creditor on January 12, 2019. The Reaffirmation Agreement was signed within 60 days of the 341 Meeting of Creditors, but is not yet filed and as such debtors need an order from this Court enlarging the time within which to file the Reaffirmation Agreement.

For good cause shown, IT IS HEREBY ORDERED,

That the time within which to file a Reaffirmation Agreement is enlarged to February 1, 2019.

The undersigned hereby consent to the form and entry of the foregoing order

/s/ Lee Martin Perlman
Lee Martin Perlman, Esq.  1-18-19
*Attorney for Debtor*

/s/
John Morton, Jr., Esq.
*Attorney for Secured Creditor*

2