# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Jack and Nora Hartley                Case No.: 18-30060 JNP
                                     Chapter: 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ford Motor Credit Co.

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**    Tuesday, February 19, 2019 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 25, 2019 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court
District of New Jersey

In re:
Jack A. Hartley
Nora D. Hartley
    Debtors

Case No. 18-30060-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jan 25, 2019
                          Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db/jdb       +Jack A. Hartley,    Nora D. Hartley,    359 West Atlantic Ave,    Atco, NJ 08004-1903
cr          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
           (address filed with court:  Ford Motor Credit Company, LLC,     PO Box 62180,
            Colorado Springs, MO  80962)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
         Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
      bthomas@ecf.epiqsystems.com
         Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
      ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Lee Martin Perlman    on behalf of Debtor Jack A. Hartley ecf@newjerseybankruptcy.com,
      lmpcourt@gmail.com
         Lee Martin Perlman    on behalf of Joint Debtor Nora D. Hartley ecf@newjerseybankruptcy.com,
      lmpcourt@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 7