UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224

IN RE:

JACK & NORA HARTLEY

Debtor(s)

**Order Filed on January 25, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-30060 JNP

Hearing Date:

Judge: JNP

Chapter: 7

**CONSENT ORDER ENLARGING TIME TO FILE REAFFIRMATION AGREEMENT**

    The relief set forth on the following page numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: January 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Jack & Nora Hartley |
| Debtors' Counsel: | Lee M. Perlman |
| Creditor: | Ford Motor Credit Company, LLC |
| Creditor's Counsel: | John R. Morton, Jr. |

Relief sought:

Debtors filed their Chapter 7 Bankruptcy on October 9, 2018.

The 341 Meeting was scheduled for November 15, 2018.

Debtors executed a Reaffirmation Agreement to reaffirm their debtor with Creditor on January 12, 2019.  The Reaffirmation Agreement was signed within 60 days of the 341 Meeting of Creditors, but is not yet filed and as such debtors need an order from this Court enlarging the time within which to file the Reaffirmation Agreement.

For good cause shown, IT IS HEREBY ORDERED,

That the time within which to file a Reaffirmation Agreement is enlarged to February 1, 2019.

The undersigned hereby consent to the form and entry of the foregoing order

/s/ Lee Martin Perlman
Lee Martin Perlman, Esq.   1-18-19
*Attorney for Debtor*

/s/
John Morton, Jr., Esq.
*Attorney for Secured Creditor*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-30060-JNP
Jack A. Hartley                                                                 Chapter 7
Nora D. Hartley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 25, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db/jdb          +Jack A. Hartley,    Nora D. Hartley,    359 West Atlantic Ave,    Atco, NJ 08004-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian  Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Lee Martin Perlman    on behalf of Joint Debtor Nora D. Hartley ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Jack A. Hartley ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 7