In Re:

Jack & Nora Hartley

Case No.: 18-30060-JNP
Adv. No.:
Hearing Date: 2/19/2019

Order Filed on February 19,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

## ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED.**

**DATED: February 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

                                                                       The Reaffirmation Agreement

between the Debtor(s) and __Ford Motor Credit__

__Company LLC_____ is:
     (Creditor)

                                                      _____ Approved

                                                      _____X____ Disapproved.

However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of 11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h). Accordingly, Creditor must seek further order of this Court in order to exercise any remedies under the subject installment agreement with respect to any pre-petition non-monetary defaults thereunder.

    **IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

    A secured creditor does not violate the automatic stay imposed by § 362 of the Code or the discharge injunction imposed by § 524 of the Code when it sends any of the following documents to the debtor:

(1) a regular monthly statement or payment coupon;

(2) a reminder statement which is informational only and does not demand payment;

(3) a notice of the status of an escrow account, including a notice regarding calculation of a new monthly payment based on a change in the property tax or insurance premium; or

(4) a notice of an adjustment to a variable rate monthly mortgage payment resulting from a change in the interest rate.