Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–30060–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jack A. Hartley<br>359 West Atlantic Ave<br>Atco, NJ 08004 | Nora D. Hartley<br>aka Nora Hartley<br>359 West Atlantic Ave<br>Atco, NJ 08004 |

Social Security No.:
  xxx–xx–4844                              xxx–xx–9854

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 6, 2019</u>            <u>Jerrold N. Poslusny Jr.</u>
                                     Judge, United States Bankruptcy Court